WILMER J. HARRIS, State Bar No. 150407
SAMI N. KHADDER, State Bar No. 232216
SCHONBRUN, DESIMONE, SEPLOW, HARRIS & HOFFMAN
414 South Marengo Ave.
Pasadena, California 91101
Telephone: (626) 440-5969
Facsimile: (626) 449-4417
wharris@sdshhlaw.com
skhadder@sdshhlaw.com

Paula D. Pearlman, State Bar No. 109038
Shawna L. Parks, State Bar No. 208301
DISABILITY RIGHTS LEGAL CENTER
919 South Albany Street
Los Angeles, CA 90015
Telephone: (213) 736-1031
Facsimile: (213) 736-1428
paula.pearlman@lls.edu
shawna.parks@lls.edu

Attorneys for Plaintiffs
RICKY SENGUPTA, individually, and on
behalf of the class of similarly situated individuals

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY SENGUPTA, individually, and on behalf of the class of similarly situated individuals,<br><br>PLAINTIFFS,<br><br>vs.<br><br>CITY OF MONROVIA, a public entity; CITY OF MONROVIA POLICE DEPARTMENT, a public entity; and DOES 1 through 10, individuals sued in their individual capacities, inclusive,<br><br>DEFENDANTS. | Case No. CV 09-0795 ABC (JWJx)<br><br>CLASS ACTION<br><br>**DECLARATION OF WILMER J. HARRIS IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO MOVE FOR CLASS CERTIFICATION**<br><br>Filed contemporaneously with:<br>(1) *Ex Parte* Application<br>(2) [Proposed] Order<br><br>Judge: Hon. Audrey B. Collins<br>Complaint Filed: February 2, 2009 |

**DECLARATION OF WILMER J. HARRIS IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO MOVE FOR CLASS CERTIFICATION**

I, Wilmer J. Harris, declare as follows:

1. I am a partner in the law firm of Schonbrun De Simone Seplow Harris & Hoffman LLP. I am an attorney of record for plaintiff Ricky Sengupta in the case before this Court. The facts set forth in this Declaration are true and of my own personal knowledge, except as to those made on information and belief. If called as a witness, I could and would testify competently under oath to the facts set forth herein.

2. On February 2, 2009 Plaintiff filed his Complaint alleging violations of the ADA, Rehabilitation Act, and other causes of action under California law.

3. On April 12, 2009, Defendants filed a motion to dismiss and strike portions of Plaintiff's Complaint scheduled for hearing on May 4, 2009.

4. On April 16, 2009, the Court set a Pretrial/Scheduling conference for June 1, 2009.

5. On April 28, 2009, the Court continued the hearing on Defendants' motions to June 1, 2009.

6. On May 7, 2009, I requested defendants to stipulate to an extension of time to file Plaintiff's Motion for Class Certification. Attached hereto and marked as Exhibit A is a true and correct copy of my May 7, 2009 e-mail to defense counsel.

7. On May 8, 2009, Jill Babington, counsel for Defendants, stated that Defendants did not agree to stipulate to Plaintiff's request for an extension of time. Attached hereto and marked as Exhibit B is a true and correct copy of Ms. Babington's May 8, 2009 e-mail response.

8. I conducted the Rule 26 conference with Ms. Babington on May 14, 2009.

9. Plaintiff served his first set of discovery at the conclusion of the meeting. At this conference, I also conferred with Ms. Babington regarding Plaintiff's intention to file an *ex parte* application.

1

**DECLARATION OF WILMER J. HARRIS IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO MOVE FOR CLASS CERTIFICATION**

10. Ms. Babington responded that Defendants would oppose Plaintiff's application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 15, 2009 in Pasadena, CA.

_____/s/_____
Wilmer J. Harris

**Wilmer Harris**

**From:** Wilmer Harris [wharris@sdshhlaw.com]
**Sent:** Thursday, May 07, 2009 9:57 AM
**To:** 'Jill Babington'
**Subject:** RE: Sengupta v. City of Monrovia

Jill,

May 13 is bad for both Sami and me. How about the morning of May 14?

On a different note, I wanted to see if defendants would be agreeable to stipulating to extend the class certification deadline by 90 days to allow for some discovery to occur. Please let me know.

Thanks,

Wilmer J. Harris, Esq.
Schonbrun De Simone Seplow Harris & Hoffman LLP
414 S. Marengo Avenue
Pasadena, CA 91101

---

**From:** Jill Babington [mailto:jbabington@crdlaw.com]
**Sent:** Thursday, May 07, 2009 8:57 AM
**To:** 'Wilmer Harris'
**Subject:** Sengupta v. City of Monrovia

Wilmer:

I received your letter concerning the early meeting of counsel. I'm not available on May 11 for the meeting. Would the morning of May 13 or 2:30 p.m. on May 13 work?

Thanks -
Jill

---

Jill W. Babington
Carpenter, Rothans & Dumont
888 South Figueroa
Suite 1960
Los Angeles, CA 90017
(213) 228-0400
(213) 228-0401 Fax

**EXHIBIT "A"**

5/15/2009

## Wilmer Harris

**From:** Jill Babington [jbabington@crdlaw.com]
**Sent:** Friday, May 08, 2009 10:16 AM
**To:** 'Wilmer Harris'
**Subject:** RE: Sengupta v. City of Monrovia

Hi Wilmer:

I could do the morning of May 14. Is 10:00 too late?

Also, unfortunately, I cannot stipulate to extend the deadline for your class certification motion.

Let me know about May 14.

Thanks,
Jill

---

Jill W. Babington
Carpenter, Rothans & Dumont
888 South Figueroa
Suite 1960
Los Angeles, CA 90017
(213) 228-0400
(213) 228-0401 Fax

---

**From:** Wilmer Harris [mailto:wharris@sdshhlaw.com]
**Sent:** Thursday, May 07, 2009 9:57 AM
**To:** 'Jill Babington'
**Subject:** RE: Sengupta v. City of Monrovia

Jill,

May 13 is bad for both Sami and me. How about the morning of May 14?

On a different note, I wanted to see if defendants would be agreeable to stipulating to extend the class certification deadline by 90 days to allow for some discovery to occur. Please let me know.

Thanks,

Wilmer J. Harris, Esq.
Schonbrun De Simone Seplow Harris & Hoffman LLP
414 S. Marengo Avenue
Pasadena, CA 91101

---

**From:** Jill Babington [mailto:jbabington@crdlaw.com]
**Sent:** Thursday, May 07, 2009 8:57 AM
**To:** 'Wilmer Harris'
**Subject:** Sengupta v. City of Monrovia

# EXHIBIT "B"

5/15/2009

Wilmer:

I received your letter concerning the early meeting of counsel. I'm not available on May 11 for the meeting. Would the morning of May 13 or 2:30 p.m. on May 13 work?

Thanks -
Jill

_____
Jill W. Babington
Carpenter, Rothans & Dumont
888 South Figueroa
Suite 1960
Los Angeles, CA  90017
(213) 228-0400
(213) 228-0401 Fax

# EXHIBIT "B"