# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY SENGUPTA, individually, and on behalf of the class of similarly situated individuals,<br><br>　　　　PLAINTIFFS,<br><br>vs.<br><br>CITY OF MONROVIA, a public entity; CITY OF MONROVIA POLICE DEPARTMENT, a public entity; and DOES 1 through 10, individuals sued in their individual capacities, inclusive,<br><br>　　　　DEFENDANTS. | Case No. CV 09-0795 ABC (JWJx)<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO MOVE FOR CLASS CERTIFICATION**<br><br>Filed contemporaneously with:<br>(1) Declaration of Wilmer J. Harris in Support of *Ex Parte* Application<br>(2) Ex Parte Application for an Order Extending Time to Move for Class Certification<br><br>Judge: Hon. Audrey B. Collins<br>Complaint Filed: February 2, 2009 |

**ORDER**

Having considered Plaintiff's ex parte application for an order extending the time to move for class certification, and finding good cause therefore,

IT IS HEREBY ORDERED that Plaintiff has until September 8, 2009 to file his motion for class certification.

DATED: _____, 2009    _____
                                                          Hon. Audrey B. Collins
                                                        United States District Judge

///

1

**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO MOVE FOR CLASS CERTIFICATION**