1 | **STEVEN J. ROTHANS – State Bar No. 106579**
**JILL W. BABINGTON – State Bar No. 221793**
2 | **CARPENTER, ROTHANS & DUMONT**
**888 S. Figueroa Street, Suite 1960**
3 | **Los Angeles, CA 90017**
**(213) 228-0400 / (213) 228-0401 [Fax]**
4 | **srothans@crdlaw.com / jbabington@crdlaw.com**

5 | Attorneys for Defendant, CITY OF MONROVIA, a public entity

6

7

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | RICKY SENGUPTA, individually, and )    Case No.: CV09-0795 ABC (JWJx)
On behalf of the class of similarly )
12 | situated individuals, )    **STIPULATION RE EMOTIONAL**
)    **DISTRESS DAMAGES OF**
13 | Plaintiffs, )    **PLAINTIFF RICK SENGUPTA**
)
14 | vs. )
)
15 | CITY OF MONROVIA, a public entity; )
CITY OF MONROVIA POLICE )
16 | DEPARTMENT, a public entity; and, )
DOES 1 through 10, in their individual )
17 | capacities, inclusive, )
)
18 | Defendants. )
)
19

20 | IT IS HEREBY STIPULATED by and between Plaintiff RICK SENGUPTA

21 | and Defendant, CITY OF MONROVIA (*also erroneously sued herein as "City of*

22 | *Monrovia Police Department"*), a public entity, by and through their counsel of

23 | record as follows:

24 | 1. THAT counsel for the defendant met and conferred with counsel for

25 | the plaintiff concerning their intent to pursue a defense mental examination of the

26 | plaintiff.

27 | 2. THAT when counsel met and conferred concerning the defense

28 | mental examination, the parties agreed and stipulated that the plaintiff has not

- 1 -

STIPULATION RE EMOTIONAL DISTRESS DAMAGES
OF PLAINTIFF RICK SENGUPTA

1   placed his mental condition in controversy in this litigation and that the plaintiff is

2   not making any claim for mental and emotional distress over and above that

3   usually associated with the injuries claimed in this action (i.e. "garden variety").

4        3.    THAT the plaintiff will not offer and/or introduce at trial in this

5   matter any expert testimony, including but not limited to testimony by a

6   psychologist, psychiatrist or any other mental healthcare provider concerning his

7   claimed mental and emotional distress damages.

8        IT IS SO STIPULATED.

9

10   DATED: January 27, 2010       DISABILITY RIGHTS LEGAL CENTER
                               SCHONBRUN, DESIMONE, SEPLOW,

11                                  HARRIS & HOFFMAN

12

13                      By: _____

14                           MATTHEW STRUGAR
                        Attorneys for Plaintiff,

15                           RICK SENGUPTA

16

17   DATED: January 18, 2010       CARPENTER, ROTHANS & DUMONT

18

19                      By: _____

20                          STEVEN J. ROTHANS
                       JILL W. BABINGTON

21                          Attorneys for Defendant,

22                          CITY OF MONROVIA, a public entity

23

24

25

26

27

28
                                  - 2 -