UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-00795 ABC (SJHx) | Date | August 25, 2010 |
|---|---|---|---|
| Title | Sengupta v. City of Monrovia et al. | | |

| Present: The Honorable | Audrey B. Collins, Chief United States District Judge | |
|---|---|---|
| Angela Bridges | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   ORDER RE: Joint Status Report and Extension of Stay (In Chambers)

    The Court has reviewed the joint status report filed by the parties on August 23, 2010. The Court GRANTS the parties' joint request to extend the stay in this case and VACATES the current status conference set for Monday September 20, 2010. The Court extends the stay to **Monday, October 18, 2010**. The Court ORDERS the parties to appear for a joint status conference on **Monday, October 18, 2010 at 10:00 a.m.** The Court ORDERS the parties to file a joint status report **no later than Tuesday, October 12, 2010**.

    **IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | AB |