Wilmer J. Harris, State Bar No. 150407
SCHONBRUN, DESIMONE, SEPLOW, HARRIS, HOFFMAN & HARRISON
715 Fremont Avenue, Suite A,
South Pasadena  CA  91030
Telephone:  (626) 441-4129
Facsimile:   (626) 449-4417
wharris@sdshhlaw.com

Paula D. Pearlman, State Bar No. 109038
Shawna L. Parks, State Bar No. 208301
Matthew Strugar, State Bar No. 232951
DISABILITY RIGHTS LEGAL CENTER
919 Albany Street
Los Angeles, CA 90015
Telephone: (213) 252-7406
Facsimile: (213) 736-1428
paula.pearlman@lls.edu
shawna.parks@lls.edu
matthew.strugar@lls.edu

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY SENGUPTA, individually, and on behalf of the class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MONROVIA, a public entity; CITY OF MONROVIA POLICE DEPARTMENT, a public entity; and DOES 1 through 10, individuals sued in their individual capacities, inclusive,<br><br>Defendants, | CASE NO.  CV 09-0795 ABC (SHx)<br><br>**[PROPOSED]** Order Granting Motion for Final Approval of Class Settlement<br><br>Date:      February 28, 2011<br>Time:      10:00 a.m.<br>Court:     680<br>Judge:     Hon. Audrey B. Collins |

On February 28, 2011 in Courtroom 680 of the above-captioned court, before the Honorable Audrey B. Collins, Chief Judge presiding, Plaintiffs' Motion for Final Approval of the Class Action Settlement Agreement came on for hearing.

Plaintiff Ricky Sengupta and Defendants City of Monrovia and Monrovia Police Department appeared by and through their respective counsel of record.

The Court, having considered the evidence presented and the argument of counsel, as well as the record herein, finds that the requirements of Federal Rules of Civil Procedure 23(e) are met in this case.

Accordingly, THE COURT HEREBY ORDERS THAT:

1. The proposed settlement appears to be a fair, reasonable and adequate settlement for the class.
2. The Motion for Final Approval of the Class Action Settlement is granted;
3. Pursuant to the Settlement Agreement Plaintiffs shall file a request for dismissal within thirty (30) days. The stipulation for dismissal will expressly require that the Court retain jurisdiction for the purpose of enforcing this agreement; and the proposed dismissal order will expressly incorporate the terms of this Agreement.

IT IS SO ORDERED.

DATED: 2/28/2011

_____
Audrey B. Collins
United States District Court