| | |
|---|---|
| 1 | STEVEN J. ROTHANS – State Bar No. 106579 |
| 2 | JILL W. BABINGTON – State Bar No. 221793<br>CARPENTER, ROTHANS & DUMONT |
| 3 | 888 S. Figueroa Street, Suite 1960<br>Los Angeles, CA  90017 |
| 4 | (213) 228-0400 / (213) 228-0401 [Fax]<br>srothans@crdlaw.com / jbabington@crdlaw.com |
| 5 | Attorneys for Defendant, CITY OF MONROVIA, a public entity |

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICKY SENGUPTA, individually, and On behalf of the class of similarly situated individuals,<br><br>              Plaintiffs,<br><br>       vs.<br><br>CITY OF MONROVIA, a public entity; CITY OF MONROVIA POLICE DEPARTMENT, a public entity; and, DOES 1 through 10, in their individual capacities, inclusive,<br><br>              Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: CV09-0795 ABC (SHx)<br><br>[~~Proposed~~] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE<br><br>Fed. R. Civ. P. 41(a)(1) |

NOTE: CHANGES MADE BY THE COURT

   IT IS HEREBY ORDERED that, pursuant to stipulation of counsel, this matter is hereby dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), as to all plaintiffs (including class members) and all defendants.

   IT IS FURTHER ORDERED that the court shall retain jurisdiction to enforce the Settlement Agreement for three years from the date of final approval, as set forth in the Settlement Agreement.

IT IS SO ORDERED.

DATED: 3/29/2011

*Audrey B. Collins*

- 1 - UNITED STATES DISTRICT JUDGE

1   ~~IT IS SO ORDERED.~~

2

3   ~~DATED:~~ _____

4                               ~~Honorable Audrey B. Collins~~
                                ~~U.S. District Court Judge~~
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28